```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/20/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CEDRIC BISHOP, on behalf of himself
and all others similarly situated,    :

                Plaintiffs,   :

             v.    :    18 CV 01204 (JFM)

ROCKROSE DEVELOPMENT LLC,    :

                Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own legal fees and costs.

Dated:

| COHEN & MIZRAHI LLP | PADUANO & WEINTRAUB, LLP |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Joseph Mizrahi | Andrea Moss |
| 300 Cadman Plaza West, 12th Floor | 1251 Avenue of the Americas, 9th Floor |
| Brooklyn, New York 11201 | New York, New York 10020 |
| Email: jmizrahilaw@gmail.com | Email: am@pwlawyers.com |
| Phone: 917-299-6612 | Phone: 212-785-9100 |
| Fax: 347-665-1545 | Fax: 212-785-9099 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: July 20, 2018
_[signature]_
UNITED STATES DISTRICT JUDGE

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

11